IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL ACOSTA,

    Plaintiff,                    No. CIV S-08-0978 MCE GGH P

    vs.

SOLANO COUNTY PUBLIC DEFENDER,

    Defendant.             ORDER

_____/

        Plaintiff, a prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On May 28, 2008, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff has not filed objections to the findings and recommendations.[1]

/////

---

[1] On July 1, 2008, plaintiff sent a letter to the court asking why money was still being deducted from his trust fund to pay the filing fee if this action was being dismissed. Plaintiff is obligated to pay the filing fee regardless of whether the court orders the action dismissed.

1

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

    1. The findings and recommendations filed May 8, 2008, are adopted in full; and

    2. This action is dismissed.

Dated: August 4, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE